IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:04CV8-03-MU

| | |
|---|---|
| JEREMIAH ROYSTER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BOYD BENNETT, et., al, ) <br> ) <br> Defendants. ) <br> ) | **O R D E R** |

**THIS MATTER** is before this Court upon a Complaint pursuant to 42 U.S.C. §1983 which was filed by the Plaintiff pro se. Defendant Turpin has filed a Motion to Dismiss with a supporting brief. It appears that the Defendant Turpin may be entitled to summary judgment as a matter of law. That is, the Court finds that Defendant Turpin has more than adequately demonstrated that the Plaintiff's claims as to Defendant Turpin may not have been fully exhausted at the time Plaintiff filed his Complaint.

**PETITIONER ROYSTER READ THIS:**

You now have the opportunity to reply to the Defendant Turpin's Motion. You may not allege new facts surrounding the events in question as part of your reply. You should base your reply and argument(s) solely on the matters set forth in your original Complaint and/or those set forth in the Defendant Turpin's Motion to Dismiss.

You are further advised that you have thirty (30) days from the filing of this Order in which to file your reply in opposition to the respondent's Motion to Dismiss. **FAILURE TO**

**RESPOND WITHIN THIS TIME PERIOD MAY SUBJECT THIS ACTION TO DISMISSAL.**

**NOW, THEREFORE, IT IS HEREBY ORDERED:**

1. That the Plaintiff has thirty (30) days from the filing of this Order in which to provide a response to Defendant Turpin's Motion to Dismiss; and

2. That the Clerk shall send copies of this Order to the Plaintiff and to counsel for the Defendants.

**SO ORDERED.**

**Signed: October 17, 2005**

Graham C. Mullen
Chief United States District Judge