IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
3:04CV8-03-MU

| | |
|---|---|
| JEREMIAH ROYSTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | **AMENDED** |
| v. ) | **O R D E R** |
| ) | |
| BOYD BENNETT, et. al., ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** comes before the Court upon Respondent's Motion to Allow Substitution of Counsel, (Document No. 56), filed October 12, 2005.

Respondent has requested that this Court substitute Yvonne B. Ricci for Joseph E. Elder as counsel of record for Defendants Bennett, Rowland, Harkleroad, Biddix, Brown, Poteat, Brendle, Johnson, MacKinnon, Cook, Corn, Cothron, Twitty, Patrick, Dotson, Sturgill, Duncan, Hanna, Randolph, Owens, Hughes, McGee, Medford, Beck and Bobo. Mr. Elder is no longer on the staff of the North Carolina Attorney General.

For good cause shown, **IT IS HEREBY ORDERED that** Respondent's Motion to Allow Substitution of Counsel is **GRANTED**.

**Signed: October 18, 2005**

*Graham C. Mullen*
Graham C. Mullen
Chief United States District Judge