# United States District Court
## For The Western District of North Carolina
## Asheville Division

**FILED** ASHEVILLE, N. C. DEC 19 2005 U.S. DISTRICT COURT W. DIST. OF N. C.

JEREMIAH ROYSTER,

    Plaintiff(s),

vs.

BOYD BENNETT, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:04cv8

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's December 13, 2005 Order.

December 19, 2005

FRANK G. JOHNS, CLERK

BY: *Phyllis D. Freeman*

Phyllis Freeman, Deputy Clerk